Robert Holland KOON, Plaintiff— Appellant,

v.

Captain DYSON; ACI Medical; Nurse; Doctor; John Doe 1–20, Defendants—Appellees.

No. 04–7745.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 13, 2005.

Decided Jan. 21, 2005.

Robert Holland Koon, Appellant pro se.

Christy Scott Stephens, Bogoslow, Jones, Stephens & Duffie, PA, Walterboro, South Carolina, for Appellees.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert Holland Koon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Koon v. Dyson*, No. CA–01–3398 (D.S.C. filed Sept. 30,

2004 & entered Oct. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*